**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMANDA DYER on her own behalf
and on behalf of all similarly situated
individuals,

Plaintiff(s),

v. CASE NO. 8:17-cv-644-T-26AAS

JTNU, INC., *etc.*, *et al.*,

Defendant(s).
_______________________________________/

**O R D E R**

The Court has been advised by **Notice of Settlement [19]** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on May 31, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record